BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LARRY CHANG,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security,<br><br>    Defendant. | 1:11cv01572 DLB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE BRIEF |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 17-day extension of time, up to May 31, 2012, to file the responsive brief. This is Defendant's first request. This extension is requested because Defendant's counsel needs additional time due to an unusually heavy workload.

                                            Respectfully submitted on May 14, 2012,

                                            /s/ Robert Decker Christenson   *
                                            ROBERT DECKER CHRISTENSON
                                            Plaintiff's Attorney
                                            * by Armand Roth by email authorization of May 14, 2012

```
                              BENJAMIN B. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX,
                              Social Security Administration


                              /s/ ARMAND D. ROTH
                              ARMAND D. ROTH)
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant
```

IT IS SO ORDERED.

    Dated:   **May 14, 2012**                    /s/ **Dennis L. Beck**
                                                                          UNITED STATES MAGISTRATE JUDGE