1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration

4  ARMAND D. ROTH
   Special Assistant United States Attorney
5  California Bar No. 214624

6        333 Market Street, Suite 1500
         San Francisco, California 94105
7        Telephone: (415) 977-8924
         Facsimile: (415) 744-0134
8        E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LARRY CHANG,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security,<br><br>　　　Defendant. | 1:11cv01572 DLB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE BRIEF |

　　　IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 17-day extension of time, up to May 31, 2012, to file the responsive brief. This is Defendant's first request. This extension is requested because Defendant's counsel needs additional time due to an unusually heavy workload.

　　　　　　　　　　　　　　　　　　Respectfully submitted on May 14, 2012,

　　　　　　　　　　　　　　　　　　/s/ Robert Decker Christenson   *
　　　　　　　　　　　　　　　　　　ROBERT DECKER CHRISTENSON
　　　　　　　　　　　　　　　　　　Plaintiff's Attorney
　　　　　　　　　　　　　　　　　　* by Armand Roth by email authorization of May 14, 2012

|   |   |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | DONNA L. CALVERT |
|   | Acting Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration |

/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **May 14, 2012**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE